

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00394-CR

**OTHA MORRIS HAYWOOD,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 29009**

## MEMORANDUM OPINION

Otha Morris Haywood perfected this appeal from his conviction for driving while intoxicated-3rd or more. *See* TEX. PENAL CODE ANN. § 49.04. This Court has not issued an opinion or mandate in this appeal. Haywood has since died, and this Court received a copy of Haywood's death certificate. Haywood's death during the pendency of his criminal appeal deprives this Court of jurisdiction. *See Freeman v. State*, 11 S.W.3d 240,

240 (Tex. Crim. App. 2000).  The proper action is permanent abatement of the appeal.  *See*

TEX. R. APP. P. 7.1(a)(2).

Accordingly, this appeal is permanently abated.


                                        STEVE SMITH
                                        Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal permanently abated
Opinion delivered and filed September 21, 2023
Do not publish
[CR25]

